# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

JEFFREY DALE MOHLER

: No. 2311 Disciplinary Docket No. 3
:
: Board File No. C2-16-66
:
: Attorney Registration No. 69176
:
: (Lancaster County)

# ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Jeffrey Dale Mohler is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.